NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: YONGPING DAI, XUHUAI DONG, WEI FAN, YI FAN,**
*Appellants*

---

2017-1436

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/320,544.

---

**JUDGMENT**

---

GEORGE G. WANG, Bei & Ocean, Millington, NJ, argued for appellants.

MICHAEL SUMNER FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 12, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |